UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL V. MCMAKEN**, on behalf of the Chemonics International, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>   **Plaintiff**,<br><br>v.<br><br>**GREATBANC TRUST COMPANY**,<br><br>   **Defendant.** | Case No. 1:17-cv-04983-ARW-MDW |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
ON THE FIFTH AFFIRMATIVE DEFENSE**

Plaintiff Michael V. McMaken ("Plaintiff" or "McMaken"), pursuant to Fed. R. Civ. P. 56, hereby moves for Summary Judgment in the above captioned matter on the Fifth Affirmative Defense asserted in Defendant GreatBanc Trust Company's Answer to Plaintiff's Complaint and Affirmative Defenses (the "Answer") (Dkt. 17). There are no genuine disputes of material fact on this defense. For the reasons stated in Plaintiff's Memorandum of Law in Support of Motion for Summary Judgment on the Fifth Affirmative Defense, and those that may be raised in the reply and any hearing on this matter, Plaintiff respectfully requests that this Court grant him judgment as a matter of law on the affirmative defense of Waiver and Release, and grant him all further relief this Court deems proper.

Dated: November 15, 2018    Respectfully submitted,

              /s/ Patrick O. Muench
              Patrick O. Muench (IL #6290298)
              Gregory Y. Porter (*pro hac vice*)
              Ryan T. Jenny

1

**BAILEY & GLASSER LLP**
1054 31st Street, NW, Suite 230
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
pmuench@baileyglasser.com
gporter@baileyglasser.com
rjenny@baileyglasser.com

*Attorneys for Plaintiff*

Case: 1:17-cv-04983 Document #: 71 Filed: 11/15/18 Page 2 of 3 PageID #:1043

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of November 2018, a copy of the foregoing was served using the Court's CM/ECF system upon Defendant's counsel:

Lars C. Golumbic
Andrew Salek-Raham
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 861-6615
Facsimile: (202) 659-4503
E-Mail: lgolumbic@groom.com
E-Mail: asalek-raham@groom.com

Bradford D. Roth
Daniel Broderick Jr.
Brendan R. Youngblood
**CASSIDAY SCHADE LLP**
20 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 444-1612
Facsimile: (312) 444-1669
E-Mail: broth@cassiday.com
E-Mail: dbroder@cassiday.com

E-Mail: byoungblood@cassiday.com
*Counsel for Defendant*

                                          /s/ Patrick O. Muench
                                          Patrick O. Muench (IL #6290298)
                                          BAILEY & GLASSER LLP
                                          1054 31st Street, NW, Suite 230
                                          Washington, DC 20007
                                          Telephone: (202) 463-2101
                                          Facsimile: (202) 463-2103
                                          pmuench@baileyglasser.com

                                          *Attorneys for Plaintiff*