**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **MICHAEL V. MCMAKEN, on behalf of the Chemonics International, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,** | |
| Plaintiff, | No. 1:17-cv-04983-ARW-MDW |
| v. | |
| **GREATBANC TRUST COMPANY,** | |
| Defendant. | |

**JOINT MOTION TO RESCHEDULE JANUARY 30, 2019 STATUS HEARING**

Plaintiff Michael V. McMaken and Defendant GreatBanc Trust Company, through their undersigned counsel, respectfully request that the Court reschedule the status hearing currently set for January 30, 2019 at 9:00 a.m. (Dkt. 83) to February 20, 2019 at any time. In support, the parties state as follows:

1. On January 8, 2019, the Court made a minute entry providing in relevant part: "Joint motion to reset status hearing [81] is granted. The motion presentment date of 1/9/2019 is stricken; parties need not appear. Status hearing set for 1/9/2019 is stricken and reset for 1/30/2019 at 09:00 AM." (Dkt. 83.)

2. Counsel to the Defendant is unavailable that day due to a previously scheduled professional conflict.

3. Given the Court's recent stay of all case deadlines until further order of the Court, (Dkt. 80), rescheduling the January 30, 2019 status hearing will not interfere with any case deadlines.

1

4. Counsel for both parties are available on February 20, 2019 at any time.

5. This motion is not intended to cause unnecessary delay and is brought in good faith.

WHEREFORE, the parties respectfully request that the Court grant their motion and reschedule the status hearing currently set for January 30, 2019 at 9:00 a.m. to February 20, 2019 at any time, or an alternative date and time that is mutually convenient for the Court, Plaintiff and Defendant.

Dated: January 24, 2019

Respectfully submitted,

/s/ Patrick O. Muench
Patrick O. Muench (IL #6290298)
Gregory Y. Porter (*pro hac vice*)
Ryan T. Jenny
**BAILEY & GLASSER LLP**
1054 31st Street, NW, Suite 230
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
E-Mail: pmuench@baileyglasser.com
gporter@baileyglasser.com
rjenny@baileyglasser.com

*Attorneys for Plaintiff*

/s/ Lars C. Golumbic
Lars C. Golumbic (*pro hac vice*)
Andrew D. Salek-Raham (*pro hac vice*)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 861-6615
Facsimile: (202) 659-4503
E-Mail: lgolumbic@groom.com
asalek-raham@groom.com

Bradford D. Roth
Daniel Broderick Jr
**CASSIDAY SCHADE LLP**
20 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 444-1612
Facsimile: (312) 444-1669
E-Mail: broth@cassiday.com
dbroder@cassiday.com

*Attorneys for Defendant*