UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL V. MCMAKEN, on behalf of the Chemonics International, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>GREATBANC TRUST COMPANY,<br><br>        Defendant. | Case No. 1:17-cv-04983-ARW-MDW |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
ON THE FIFTH AFFIRMATIVE DEFENSE**

Plaintiff Michael V. McMaken ("Plaintiff" or "McMaken"), pursuant to Fed. R. Civ. P. 56, hereby moves for Summary Judgment in the above captioned matter on the Fifth Affirmative Defense asserted in Defendant GreatBanc Trust Company's Answer to Plaintiff's First Amended Complaint and Affirmative Defenses (the "Answer") (Dkt. 97). There are no genuine disputes of material fact on this defense. For the reasons stated in Plaintiff's Memorandum of Law in Support of Motion for Summary Judgment on the Fifth Affirmative Defense, and those that may be raised in the reply and any hearing on this matter, Plaintiff respectfully requests that this Court grant him judgment as a matter of law on the affirmative defense of Waiver and Release, and grant him all further relief this Court deems proper.

Dated: May 10, 2019          Respectfully submitted,

                                               /s/ Patrick O. Muench
                                               Patrick O. Muench (IL #6290298)
                                               Gregory Y. Porter (*pro hac vice*)
                                               Ryan T. Jenny

**BAILEY & GLASSER LLP**
1055 Thomas Jefferson Street, NW, Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
pmuench@baileyglasser.com
gporter@baileyglasser.com
rjenny@baileyglasser.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May 2019, a copy of the foregoing was served using the Court's CM/ECF system upon Defendant's counsel:

Lars C. Golumbic
Andrew Salek-Raham
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 861-6615
Facsimile: (202) 659-4503
E-Mail: lgolumbic@groom.com
E-Mail: asalek-raham@groom.com

Bradford D. Roth
Daniel Broderick Jr.
Brendan R. Youngblood
**CASSIDAY SCHADE LLP**
222 West Adams Street
Chicago, IL 60606
Telephone: (312) 641-3100
Facsimile: (312) 444-1669
E-Mail: broth@cassiday.com
E-Mail: dbroder@cassiday.com

E-Mail: byoungblood@cassiday.com
*Counsel for Defendant*

          /s/ Patrick O. Muench
          Patrick O. Muench (IL #6290298)
          BAILEY & GLASSER LLP
          1055 Thomas Jefferson Street, NW, Suite 540
          Washington, DC 20007
          Telephone: (202) 463-2101
          Facsimile: (202) 463-2103
          pmuench@baileyglasser.com

          *Attorneys for Plaintiff*