## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Michael V. McMaken, et al.  Case Number: 1:17-cv-4983
v. GreatBanc Trust Company

An appearance is hereby filed by the undersigned as attorney for:

GreatBanc Trust Company

Attorney name (type or print): Mark C. Nielsen

Firm: Groom Law Group, Chartered

Street address: 1701 Pennsylvania Avenue, NW, Suite 1200

City/State/Zip: Washington, DC 20006

Bar ID Number: 90785769  Telephone Number: 202-861-5429
(See item 3 in instructions)

Email Address: mnielsen@groom.com

Are you acting as lead counsel in this case?  ☐ Yes  ☑ No

Are you acting as local counsel in this case?  ☐ Yes  ☑ No

Are you a member of the court's trial bar?  ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?  ☐ Yes  ☑ No

If this is a criminal case, check your status.  ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 9/4/19

Attorney signature: S/ Mark C. Nielsen
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015