UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Michael V McMaken

                              Plaintiff,

v.                                                        Case No.: 1:17–cv–04983
                                                     Honorable Andrea R. Wood

Greatbanc Trust Company

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 21, 2020:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. Plaintiff's counsel informed the Court that Plaintiff declined to appear for his deposition and informed counsel that he no longer desires to participate in this case. The Court grants counsel's request for a short continuance so that counsel meet with Plaintiff to confirm his intentions. Pursuant to the discussion held in open court, the status hearing is continued to 1/28/2020 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.