UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL V. MCMAKEN, on behalf of the Chemonics International, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GREATBANC TRUST COMPANY,<br><br>    Defendant. | Case No. 1:17-cv-04983-ARW-MDW |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure the Local Rules of this Court, Plaintiff Michael V. McMaken and Defendant GreatBanc Trust Company hereby stipulate to the dismissal of this lawsuit without prejudice with leave to reinstate on or before May 26, 2020. If not timely reinstated on or before May 26, 2020, the case shall be deemed, without order of the Court, to be dismissed with prejudice.

Dated: May 22, 2020

/s/ Lars C. Golumbic
Lars C. Golumbic (*pro hac vice*)
Andrew Salek-Raham (*pro hac vice*)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 861-6615
Facsimile: (202) 659-4503
lgolumbic@groom.com
asalek-raham@groom.com

Respectfully submitted,

/s/ Patrick O. Muench
Patrick O. Muench (IL #6290298)
Gregory Y. Porter (*pro hac vice*)
Ryan T. Jenny
**BAILEY & GLASSER LLP**
333 S. Wabash Ave., Suite 2736
Chicago, IL 60604
Telephone: (312) 995-7143
Facsimile: (202) 463-2103
pmuench@baileyglasser.com
gporter@baileyglasser.com
rjenny@baileyglasser.com

*Attorneys for Plaintiff*

Bradford D. Roth
Daniel Broderick Jr
**CASSIDAY SCHADE LLP**
222 W. Adams St., Suite 2900
Chicago, IL 60606
Telephone: (312) 641-3100
Facsimile: (312) 444-1669
E-Mail: broth@cassiday.com
E-Mail: dbroder@cassiday.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May 2020, a copy of the foregoing was served using the Court's CM/ECF system upon Defendant's counsel:

>Lars C. Golumbic
>Andrew Salek-Raham
>**GROOM LAW GROUP, CHARTERED**
>1701 Pennsylvania Avenue NW
>Washington, DC 20006
>Telephone: (202) 861-6615
>Facsimile: (202) 659-4503
>E-Mail: lgolumbic@groom.com
>E-Mail: asalek-raham@groom.com
>
>Bradford D. Roth
>Daniel Broderick Jr
>**CASSIDAY SCHADE LLP**
>222 W. Adams St., Suite 2900
>Chicago, IL 60606
>Telephone: (312) 641-3100
>Facsimile: (312) 444-1669
>E-Mail: broth@cassiday.com
>E-Mail: dbroder@cassiday.com
>*Counsel for Defendant*

>/s/ Patrick O. Muench
>Patrick O. Muench (IL #6290298)
>BAILEY & GLASSER LLP
>333 S. Wabash Ave., Suite 2736
>Chicago, IL 60604
>Telephone: (312) 995-7143
>Facsimile: (202) 463-2103
>pmuench@baileyglasser.com
>
>*Attorneys for Plaintiff*